542 U.S. 928
 LUJANO-PEREZ
v.
UNITED STATES (Reported below: 87 Fed. Appx. 398);
REYES-RAMIREZ
v.
UNITED STATES (87 Fed. Appx. 973);
CELEDON
v.
UNITED STATES (87 Fed. Appx. 966);
FLORES-BENITEZ
v.
UNITED STATES (87 Fed. Appx. 395);
CONTRERAS-PEREZ
v.
UNITED STATES (87 Fed. Appx. 989);
SALGADO-CASTRO
v.
UNITED STATES (87 Fed. Appx. 936);
REYES-AMAYA
v.
UNITED STATES (87 Fed. Appx. 957);
VELA-PEREZ
v.
UNITED STATES (87 Fed. Appx. 984);
GARCIA-GALIANO
v.
UNITED STATES (86 Fed. Appx. 786);
CUELLAR-ARRELLANO
v.
UNITED STATES (87 Fed. Appx. 954);
FORTUNA-TURBIARTES
v.
UNITED STATES (87 Fed. Appx. 953);
GARCIA-CAMACHO
v.
UNITED STATES (87 Fed. Appx. 983);
MARQUEZ-CONDE
v.
UNITED STATES (87 Fed. Appx. 951);
BLANCO-MELGAR
v.
UNITED STATES (87 Fed. Appx. 434);
CASTILLO-HERNANDEZ
v.
UNITED STATES (87 Fed. Appx. 949);
BARRIGAS-VALDOVINOS
v.
UNITED STATES (86 Fed. Appx. 770);
DAVILA-JUAREZ
v.
UNITED STATES (87 Fed. Appx. 981);
LOPEZ-MARTINEZ
v.
UNITED STATES (87 Fed. Appx. 922);
JUAREGUI-DURAN
v.
UNITED STATES (87 Fed. Appx. 426);
GONZALEZ-CONTRERAS
v.
UNITED STATES (87 Fed. Appx. 424);
PEREZ-SANCHEZ
v.
UNITED STATES (87 Fed. Appx. 424);
MATA-ALVAREZ
v.
UNITED STATES (87 Fed. Appx. 412);
RODRIGUEZ-TELLEZ
v.
UNITED STATES (87 Fed. Appx. 413); and
HERNANDEZ-HERRERA
v.
UNITED STATES (87 Fed. Appx. 968).
 No. 03-10451.
 Supreme Court of United States.
 June 21, 2004.
 
 1
 C. A. 5th Cir. Certiorari denied.